1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  SNR DENTON US LLP
   2121 N. California Blvd., Suite 800
3  Walnut Creek, California 94596
   Telephone: (925) 949-2600
4  Facsimile:  (925) 949-2610

5  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO/OAKLAND DIVISION

11

12 | GARY V. REYNOLDS,                              | No. CV 10 4893 EMC
13 |         Plaintiff,                             |
                                                    | **PROOF OF SERVICE**
14 |     vs.                                        |
15 | ALLSTATE INSURANCE COMPANY,                    |
   | JANICE L. COSTANZO, and DOES ONE               |
16 | through TWENTY, inclusive,                     |
17 |         Defendants.                            |

-1-
Case No. CV 10 4893 EMC                                          PROOF OF SERVICE

PROOF OF SERVICE

I, Cynthia Lakes, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is SNR Denton US LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On November 3, 2010, I caused to be served on the interested parties in this action the following document(s):

**CORPORATE DISCLOSURE STATEMENT**

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of SNR Denton US LLP, as follows:

| | |
|---|---|
| Stephen F. Von Till<br>Von Till & Associates<br>152 Anza Street, Suite 200<br>Fremont, CA  94539<br>Telephone:  510.490.1100<br>Fax:  510.490.1102 | Attorney for Plaintiff |

☒    U.S. MAIL: I am personally and readily familiar with the business practice of SNR Denton US LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 3, 2010, San Francisco, California.

                                                           /s/<br>
                                            Cynthia Lakes