UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY REYNOLDS,<br>        Plaintiff, | No. C 10-4893 SI |
|    v.<br>ALLSTATE INSURANCE COMPANY, et al.,<br>        Defendants. | **ORDER RE: ATTENDANCE AT ENE**<br><br>Date:      March 14, 2011<br>Evaluator:  Michael Lee |

    IT IS HEREBY ORDERED that the request for plaintiff Gary Reynolds to be excused from personal attendance at the March 14, 2011 ENE session before Michael Lee is GRANTED. Mr. Reynolds shall be available at all times to participate in the mediation telephonically in accordance with ADR L.R. 5-10(f).

    IT IS SO ORDERED.

March 2, 2011        By:      *Elizabeth D. Laporte*

Dated                                  Elizabeth D. Laporte<br>
                                          United States Magistrate Judge