IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY V REYNOLDS,

          Plaintiff,

  v.

ALLSTATE INS CO.,

          Defendant.
                                 /

No. C 10-04893 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 12, 2011.

DESIGNATION OF EXPERTS: 5/19/11; REBUTTAL: 5/26/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 10, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by Pltf. July 8, 2011;

    Opp./X-Mo. Due July 22, 2011; Reply/Opp. Due August 5, 2011; Final Reply: 8/12/11

    and set for hearing no later than September 2, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 1, 2011 at 3:30 PM.

COURT TRIAL DATE: November 14, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/28/11

                                              SUSAN ILLSTON
                                              United States District Judge