| | |
|---|---|
| 1 | STEPHEN F. VON TILL (State Bar No. 47217) |
| 2 | ONDREJ LIKAR (State Bar No. 260199) |
|   | VON TILL & ASSOCIATES |
| 3 | 152 Anza Street, Suite 220 |
|   | Fremont, California  94539 |
| 4 | Telephone:  (510) 490-1100 |
|   | Facsimile:    (510) 490-1102 |
| 5 | |
| 6 | Attorney for Plaintiff |
|   | GARY REYNOLDS |
| 7 | |
|   | MICHAEL BARNES (State Bar No. 121314) |
| 8 | SONIA MARTIN (State Bar No. 191148) |
|   | CYNTHIA LIU (State Bar No. 263270) |
| 9 | SNR DENTON US LLP |
|   | 2121 N. California Blvd., Suite 800 |
| 10 | Walnut Creek, California  94596 |
|   | Telephone:  (925) 949-2600 |
| 11 | Facsimile:    (925) 949-2610 |
|   | Email:        michael.barnes@snrdenton.com |
| 12 |                  sonia.martin@snrdenton.com |
|   |                  cynthia.liu@snrdenton.com |
| 13 | |
| 14 | Attorneys for Defendant |
|   | ALLSTATE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY V. REYNOLDS, | No. 10 CV 04893 SI |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN PRETRIAL DEADLINES** |
| ALLSTATE INSURANCE COMPANY, JANICE L. COSTANZO, and DOES ONE through TWENTY, inclusive, | |
| Defendants. | |

-1-

Case No. 10 CV 04893 SI                                                 STIPULATION EXTENDING
                                                                                        CERTAIN PRETRIAL DEADLINES

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS the Court has set the following discovery deadlines:

| | |
|---|---|
| Non-expert discovery cut-off: | May 12, 2011 |
| Dispositive motion filing: | July 8, 2011 (pltf); July 22, 2011 (deft) |
| Dispositive motion hearing: | September 2, 2011 |
| Expert disclosures: | May 19, 2011 |
| Rebuttal expert disclosures: | May 26, 2011 |
| Expert discovery cut-off: | June 10, 2011 |

WHEREAS, plaintiff's counsel has two trials scheduled in May 2011;

WHEREAS, plaintiff and non-party Janice L. Costanzo currently reside in Colorado;

WHEREAS, due to the schedules of the parties, they have been unable to find a mutually agreeable date for plaintiff's and non-party Janice L. Costanzo's depositions prior to May 12, 2011;

WHEREAS, a continuance of certain discovery deadlines will not affect any other case management dates set by the Court, including the trial date;

IT IS HEREBY STIPULATED AND AGREED that the pretrial deadlines should be modified as follows:

| | |
|---|---|
| Non-expert discovery cut-off | June 30, 2011 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Expert discovery cut-off:       June 30, 2011

IT IS SO STIPULATED.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: April 14, 2011        By         /s/ CYNTHIA LIU
                                          CYNTHIA LIU

Respectfully Submitted,

Dated: April 14, 2011        VON TILL & ASSOCIATES

                             By           /s/ ONDREJ LIKAR
                                          ONDREJ LIKAR

                             Attorney for Plaintiff
                             GARY V. REYNOLDS

Dated: April 14, 2011        SNR DENTON US LLP

                             By         /s/ SONIA MARTIN
                                          SONIA MARTIN

                             Attorneys for Defendant
                             ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: _____4/15_____, 2011

_____
The Hon. Susan Illston