1  Stephen F. Von Till (State Bar No. 47217)
2  Ondrej Likar (State Bar No. 260199)
   VON TILL & ASSOCIATES
3  152 Anza St., Suite 200
   Fremont, California 94539
4  Telephone:      (510) 490-1100
   Fax:            (510) 490-1102
5  Email:          vontill@gmail.com
6                  likarondrej@gmail.com
   Attorneys for Plaintiff
7  GARY REYNOLDS

8  Michael Barnes (State Bar No. 121314)
9  Sonia Martin (State Bar No. 191148)
   Cynthia Liu (State Bar No. 263270)
10 SNR DENTON US LLP
11 2121 N. California Blvd., Suite 800
   Walnut Creek, California  94596
12 Telephone:      (925) 949-2600
   Facsimile:      (925) 949-2610
13 Email:          michael.barnes@snrdenton.com
14                 sonia.martin@snrdenton.com
                   cynthia.liu@snrdenton.com
15 Attorneys for Defendant
16 ALLSTATE INSURANCE COMPANY

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19 GARY V. REYNOLDS,                    )   Case No.: CV 10 4893 SI
                                        )
20              Plaintiff,              )
                                        )   STIPULATION AND [PROPOSED]
21      vs.                             )   ORDER EXTENDING CERTAIN
                                        )   PRETRIAL DEADLINES & HEARING
22                                      )
   ALLSTATE INSURANCE COMPANY,         )
23 JANICE L. COSTANZO, and DOES ONE     )
   through TWENTY, inclusive,           )
24                                      )
                                        )
25              Defendants.             )
                                        )
26 _____)

27      The parties, by and through their respective counsel of record, hereby stipulate and agree

28 as follows and respectfully request that the Court approve and give effect to their stipulation:

                                        1

WHEREAS the Court has set the following deadlines and hearing schedule:

| | |
|---|---|
| Expert and Non-Expert Discovery cutoff: | June 30, 2011 |
| Plaintiff's 1st Summary Judgment filing: | July 8, 2011 |
| Defendant's 1st Opp./X-Mo.: | July 22, 2011 |
| Plaintiff's Reply/Opp.: | August 5, 2011 |
| Defendant's Reply: | August 12, 2011 |
| Summary Judgment Hearing | September 2, 2011 |
| Pretrial Conference: | November 1, 2011 |
| Trial Date | November 14, 2011 |

WHEREAS plaintiff's counsel Stephen Von Till recently finished a large products liability trial in Superior Court of California, Alameda County, *Novak, et al. vs. Continental Tire North America, et al.*, Case No. HG07344892;

WHEREAS plaintiff's counsel Stephen Von Till was unable to return to full time work following the trial as planned due to pneumonia;

WHEREAS plaintiff resides in Colorado and his deposition as well as another out-of-state witness deposition still need to be taken;

WHEREAS a proposed five-week continuance will not affect the trial date scheduled in this action;

IT IS HEREBY STIPULATED AND AGREED that the pretrial deadlines should be modified as follows:

| | |
|---|---|
| Expert and Non-Expert Discovery cutoff: | August 4, 2011 |
| Plaintiff's 1st Summary Judgment filing: | August 12, 2011 |
| Defendant's 1st Opp./X-Mo.: | August 26, 2011 |
| Plaintiff's Reply/Opp.: | September 9, 2011 |
| Defendant's Reply: | September 16, 2011 |
| Summary Judgment Hearing | October 7, 2011 (or a date thereafter amenable with the Court's calendar) |

2

STIPULATION AND [PROPOSED] ORDER EXTENDING
CERTAIN PRETRIAL DEADLINES & HEARING

1    Pretrial Conference (as previously scheduled):      November 1, 2011

2    Trial Date (as previously scheduled):      November 14, 2011

3    **IT IS SO STIPULATED.**

4    FILER'S ATTESTATION

5     Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under

6    penalty of perjury that the concurrence in the filing of this document has been obtained from its

7    signatories.

8    Dated:  June 24, 2011

9                        BY_____/S/_____

10                          ONDREJ LIKAR

11                       Respectfully Submitted,

12

13   Dated:  June 24, 2011        VON TILL & ASSOCIATES

14

15                       BY_____/S/_____

16                          ONDREJ LIKAR

17                       Attorney for Plaintiff
     GARY V. REYNOLDS

18   Dated:  June 24, 2011        SNR DENTON US LLP

19

20

21                       BY_____/S/_____

22                          CYNTHIA LIU

23                       Attorneys for Defendant
     ALLSTATE INSURANCE COMPANY

24

25   **IT IS SO ORDERED.**

26

27   Dated _____6/29/11_____, 2011

28                       _____
                         The Hon. Susan Illston