Stephen F. Von Till (State Bar No. 47217)
Ondrej Likar (State Bar No. 260199)
VON TILL & ASSOCIATES
152 Anza St., Suite 200
Fremont, California 94539
Telephone:    (510) 490-1100
Fax:               (510) 490-1102
Email:            vontill@gmail.com
                     likarondrej@gmail.com

Attorneys for Plaintiff
Gary Reynolds

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY V. REYNOLDS<br><br>           Plaintiff,<br><br>      vs.<br><br>ALLSTATE INSURANCE COMPANY, JANICE L. COSTANZO, and DOES ONE through TWENTY, inclusive,<br><br>           Defendants. | Case No.: CV 10 4893 SI<br><br>**PLAINTIFF GARY REYNOLDS' EX PARTE MOTION TO CONTINUE TRIAL AND OTHER PRETRIAL DEADLINES (Civil L.R.s 6-3, 7-10, 40-1)** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT plaintiff GARY REYNOLDS hereby moves, on an ex parte basis, for a continuance of the trial date, currently scheduled to begin in the above-entitled Court on November 14, 2011, as well as a continuance of the date reserved for a summary judgment hearing (and related pleading schedule), currently scheduled to be heard in the above-entitled Court on September 2, 2011.

Plaintiff has good cause to bring said ex parte Motion before the Court and for the Court to grant said Motion, as set forth in this Motion and the accompanying supporting declaration of Stephen Von Till, in that plaintiff's lead counsel has recently suffered medical setbacks

restricting his ability to represent Mr. Reynolds. (Declaration of Stephen Von Till ("Von Till Decl.") ¶4.)

Counsel for Allstate has been advised of plaintiff's need for a continuance and has agreed to a continuance per the terms in the attached stipulation. (Declaration of Ondrej Likar ("Likar Dec.") ¶5.)

Plaintiff requests a brief three-month continuance of the trial date to January 30, 2012, or a date thereafter amendable to this Court and all parties, and a brief three month-continuance of the summary judgment schedule as set forth in the attached stipulation. (Likar Decl. ¶5.)

This ex parte Motion is based upon this Notice, a supporting Memorandum of Points and Authorities, the supporting Declarations Ondrej Likar and Stephen Von Till, and all pleadings, records, and documents on file with the Court.

Dated: August 4, 2011

                                            VON TILL & ASSOCIATES

                                               /S/ *Ondrej Likar*
                                             Ondrej Likar
                                             Attorney for plaintiff Gary Reynolds

### I. INTRODUCTION

This suit arises from an underlying action entitled *Costanzo v. Reynolds*, Superior Court of the State of California for the County of Alameda, Case No. VG08407660, filed on September 3, 2008 (the "Underlying Action"), in which Janice Costanzo seeks damages for injuries she sustained in a September 4, 2006, accident while riding as a passenger on a motorcycle driven and owned by Gary Reynolds, the plaintiff in this action.

Defendant Allstate is defending Reynolds in the Underlying Action under a reservation of rights to contest coverage based on a claimed exclusion in the policy. By this action, Reynolds seeks a judicial declaration that the exclusion does not apply to Ms. Costanzo's injuries or that Allstate has waived, or is estopped, from relying on the exclusion.

## II   MEMORANDUM OF POINTS AND AUTHORITIES

This motion is brought pursuant to Local Rules 6-3, 7-10, 40-1 and FRCP 6(b). On a showing of "good cause," the court may sign an ex parte order extending the time within which any act is required or allowed to be done.

Here, good cause exists to grant the continuance due to Mr. Von Till's recent and unforeseen medical difficulties. The medical setbacks have restricted Mr. Von Till's ability to represent plaintiff Gary Reynolds, as is detailed in the Von Till Declaration, herein incorporated by reference.

As these health issues were unforeseen, requesting party is without fault and if a continuance is not granted requesting party will suffer irreparable prejudice. (Von Till Decl. ¶10.)

## III.   CONCLUSION

For the foregoing reasons and in the interests of justice, plaintiff respectfully requests that the Court grant this ex-parte Motion to continue trial and related dates.

Dated: August 4, 2011

VON TILL & ASSOCIATES

_____/S/ *Ondrej Likar*_____
Ondrej Likar
Attorney for plaintiff Gary Reynolds

**DECLARATION OF ONDREJ LIKAR IN SUPPORT OF EX PARTE MOTION**

I, ONDREJ LIKAR, declare and state as follows:

1. I am an attorney licensed to practice before the Courts in the State of California, including the U.S. District Court for the Northern District of California, since December 2008.

2. I am an attorney for plaintiff Gary Reynolds in the above-entitled action.

3. I am familiar with the facts and circumstances in the current action and submit this declaration in support of Gary Reynolds' ex parte motion to continue.

4. The reason for the requested continuance is the health of plaintiff's counsel, Stephen Von Till, which has suffered in recent months and has restricted Mr. Von Till's ability to represent Gary Reynolds.

5. Defendant Allstate was contacted about plaintiff's need for a continuance and has agreed to a continuance of the dates in this case per the terms in the stipulation attached hereto as **Exhibit A**.

6. If the Court does not grant a continuance, plaintiff's counsel will be unable to participate in and oversee the deposition of plaintiff and the deposition of Janice Costanzo. Additionally, plaintiff's counsel will be unable to oversee the drafting of the summary judgment pleadings, which pleadings will likely determine the outcome of this action. Without the oversight of Mr. Von Till, plaintiff Reynolds' case will suffer irreparable prejudice.

7. The following previous modifications to deadlines have occurred in this action via stipulation and court order:

- ORDER ADJUSTING CERTAIN DEADLINES AND HEARING Entered: 06/29/2011 which extended the time to complete the summary judgment briefing schedule and discovery cutoff by 5 weeks.

- ORDER EXTENDING DISCOVERY Entered: 04/18/2011 which extended the discovery deadlines from May 12, 2011 to June 30, 2011.

8. The effect of the requested time modification on this case will be a brief, three month continuance of all upcoming deadlines, excluding the discovery cut-off as is detailed in the **Exhibit A**.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct of my own personal knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true and correct.

Executed on August 4, 2011, at Fremont California.

>     /s/ *Ondrej Likar*
>     Ondrej Likar
>     Attorney for plaintiff Gary Reynolds

4

**DECLARATION OF STEPHEN VON TILL IN SUPPORT OF EX PARTE MOTION**

I, STEPHEN VON TILL, declare and state as follows:

1.  I am an attorney licensed to practice before the Courts in the State of California, including the U.S. District Court for the Northern District of California.

2.  I am the attorney for plaintiff Gary Reynolds in the above-entitled action.

3.  I am familiar with the facts and circumstances in the current action and submit this declaration in support of Gary Reynolds' ex parte motion to continue.

4   I am currently totally disabled from legal work due to the following medical conditions:

- Bulging discs in the neck with attendant severe right-sided radiculopathy which was diagnosed within the last 30 days.  This condition causes severe pain in my right arm which makes it impossible to use a keyboard for more than a minute or two.  (Attorney Ondrej Likar is writing this declaration at my request.)

- Significant fatigue and balance issues, increased risk of falling, residuals from a brain hemorrhage in 2004 and a triple bypass heart surgery in October 2010.

- Recent hospitalization over the weekend of July 29-30 as a result of a bacterial infection.

5.  Due to the above, I have undergone MRIs, CT scans (brain and abdomen), EKGs, and other tests, all within the last 35 days.

6.  I am currently receiving treatment for the above from the following healthcare providers:  Dr. Amit Jha, M.D., internist;  Dr. Wu, physical medicine and rehabilitation;  Dr. Desai, neurologist;  Dr. Timothy Tsoi, M.D., cardiologist;  David Severson, RPT, Physical therapist.

7.  Over the next 30 days I have follow-up appointments with all of the above healthcare providers to develop a treatment plan for my pain and fatigue.

8.  Due to the above, I have been prescribed narcotic pain relievers and other medications. The prescriptions are still being adjusted by the physicians as to the type and dose because none have been sufficiently effective.

9.  I continue to suffer residual fatigue from the triple bypass heart surgery I had in October 2010, superimposed on residuals from my brain hemorrhage.  I am returning to cardiac therapy

within the next two weeks and physicians are developing a plan to diagnose and treat my fatigue.

10. The development of the recent medical setbacks involving severe cervical disc bulges with right-sided radiculopathy and their restriction on my ability to represent Mr. Reynolds was unforeseen. If the Court fails to grant plaintiff a continuance, plaintiff will suffer irreparable prejudice to his case, as there is no other attorney ready and experienced to take over this matter.

11. I anticipate that a three month continuance of the dates in this action will be sufficient time for my healthcare providers to develop a treatment plan for my pain and fatigue and to relieve same such that I may competently represent Gary Reynolds.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct of my own personal knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true and correct.

Executed on August 4, 2011, at Fremont California.

                                                  /s/ *Stephen Von Till*
                                                  Stephen Von Till
                                                  Attorney for plaintiff Gary Reynolds

PLAINTIFF GARY REYNOLDS' EX PARTE APPLICATION            Case No. CV 10 4893 SI
TO CONTINUE SUMMARY JUDGMENT HEARING

## CERTIFICATE OF SERVICE

I am employed in the City of Fremont, County of Alameda, California in the office of a member of the bar of this Court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Von Till & Associates, 152 Anza Street, Suite 200, Fremont, California, 94539.

On this date I served the below listed documents on all parties in this action by placing true copies thereof in sealed envelopes addressed as shown below.

## DOCUMENTS

**PLAINTIFF GARY REYNOLDS' EX PARTE MOTION TO CONTINUE TRIAL AND OTHER PRETRIAL DEADLINES (Civil L.R.s 6-3, 7-10, 40-1)**

## ADDRESSES

Michael Barnes
Sonia Martin
Cynthia Liu
SNR DENTON US, LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596

<u>XXX</u> (U.S. MAIL SERVICE) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Von Till & Associates in Fremont, California, following ordinary business practices. I am personally familiar with the practice of the law firm for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as if placed for collection.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this day at Fremont, California.

**Dated:  August 4, 2011**                                        _____/s/ *Sheryl Klingenfuss*_____
                                                                                      Sheryl Klingenfuss

**EXHIBIT A**

Stephen F. Von Till (State Bar No. 47217)
Ondrej Likar (State Bar No. 260199)
VON TILL & ASSOCIATES
152 Anza St., Suite 200
Fremont, California 94539
Telephone:   (510) 490-1100
Fax:             (510) 490-1102
Email:          vontill@gmail.com
                    likarondrej@gmail.com
Attorneys for Plaintiff
GARY REYNOLDS

Michael Barnes (State Bar No. 121314)
Sonia Martin (State Bar No. 191148)
Cynthia Liu (State Bar No. 263270)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California  94596
Telephone:   (925) 949-2600
Facsimile:    (925) 949-2610
Email:          michael.barnes@snrdenton.com
                    sonia.martin@snrdenton.com
                    cynthia.liu@snrdenton.com
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| GARY V. REYNOLDS,                                    | ) Case No.: CV 10 4893 SI                                    |
|                                                      | )                                                            |
| Plaintiff,                                           | )                                                            |
|                                                      | ) **STIPULATION AND [PROPOSED]**                             |
| vs.                                                  | ) **ORDER CONTINUING TRIAL AND**                             |
|                                                      | ) **OTHER PRETRIAL DEADLINES**                               |
| ALLSTATE INSURANCE COMPANY,                          | )                                                            |
| JANICE L. COSTANZO, and DOES ONE                     | )                                                            |
| through TWENTY, inclusive,                           | )                                                            |
|                                                      | )                                                            |
| Defendants.                                          | )                                                            |

///

///

1

Case No. CV 10 4893 SI                STIPULATION AND [PROPOSED] ORDER CONTINUING
                                       TRIAL AND OTHER PRETRIAL DEADLINES

1   The parties, by and through their respective counsel of record, hereby stipulate and agree as
2   follows and respectfully request that the Court approve and give effect to their stipulation:
3   WHEREAS the Court has set the following deadlines and hearing schedule:

4       Expert and Non-Expert Discovery cutoff:    August 4, 2011
5       Plaintiff's 1st Summary Judgment filing:    August 12, 2011
6       Defendant's 1st Opp./X-Mo.:    August 26, 2011
7       Plaintiff's Reply/Opp.:    September 9, 2011
8       Defendant's Reply:    September 16, 2011
9       Summary Judgment Hearing:    October 7, 2011
10      Trial Papers Due:    October 18, 2011
11      Pretrial Conference:    November 1, 2011
12      Trial Date:    November 14, 2011

13  IT IS HEREBY STIPULATED AND AGREED that the trial and related pretrial
14  deadlines should be continued for approximately three months as set forth below:

15      Expert and Non-Expert Discovery cutoff:    August 4, 2011[1]
16      Plaintiff's 1st Summary Judgment filing:    November 7, 2011
17      Defendant's 1st Opp./X-Mo.:    November 21, 2011
18      Plaintiff's Reply/Opp.:    December 2, 2011
19      Defendant's Reply:    December 9, 2011
20      Summary Judgment Hearing    January ~~2~~ 13, 2012 (or a date amenable
21      with the Court's calendar)
22      _____
23
    Trial Papers Due:    January ~~9~~ 18, 2012 (or a date amenable
24      with the Court's calendar)
25      _____
26
27  _____
28  [1] With the exception of the deposition of Gary Reynolds and Janice Costanzo which are to be completed prior to November 4, 2011.

2

Case No. CV 10 4893 SI    STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND OTHER PRETRIAL DEADLINES

| | | |
|---|---|---|
| Pretrial Conference: | | January ~~17~~ 24, 2012 (or a date amenable with the Court's calendar) |
| | | _____ |
| Trial Date: | | January 30, 2012 (or ~~a date amenable with the Court's calendar, not to conflict with Allstate's scheduling conflict beginning on February 14, 2012~~) |
| | | _____ |

**IT IS SO STIPULATED.**

FILER'S ATTESTATION

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 4, 2011

BY_____/S/_____
         ONDREJ LIKAR

Respectfully Submitted,

Dated: August 4, 2011                VON TILL & ASSOCIATES


BY_____/S/_____
         ONDREJ LIKAR

Attorney for Plaintiff
GARY V. REYNOLDS

Dated:  August 4, 2011

SNR DENTON US LLP

BY  /S/
CYNTHIA LIU

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated August ____10_____, 2011

_____
The Hon. Susan Illston