IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY V. REYNOLDS, | No. C 10-4893 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALLSTATE INS CO., *et al.*, | |
| Defendants. | |

The Court granted summary judgment in favor of plaintiff Gary Reynolds and against defendant Allstate Insurance Company. Judgment is hereby entered in favor of plaintiff and against defendant Allstate Insurance Company.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 23, 2012

SUSAN ILLSTON
United States District Judge