STEPHEN F. VON TILL (State Bar No. 47217)
VON TILL & ASSOCIATES
152 Anza Street, Suite 220
Fremont, California 94539
Telephone:  (510) 490-1100
Facsimile:  (510) 490-1102
Email:      vontill@gmail.com

Attorney for Plaintiff
GARY REYNOLDS


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CYNTHIA LIU (State Bar No. 263270)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
Email:      michael.barnes@snrdenton.com
            sonia.martin@snrdenton.com
            cynthia.liu@snrdenton.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GARY V. REYNOLDS, | No. 10 CV 04893 SI |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON |
| vs. | |
| ALLSTATE INSURANCE COMPANY, JANICE L. COSTANZO, and DOES ONE through TWENTY, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

IT IS SO STIPULATED.

Dated: October __, 2012

Respectfully Submitted,

VON TILL & ASSOCIATES

By _____
STEPHEN F. VON TILL

Attorney for Plaintiff
GARY V. REYNOLDS

Dated: October __, 2012

SNR DENTON US LLP

By _____
MICHAEL BARNES

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: __10/22/12__

_____
The Honorable Susan Ilston
UNITED STATES DISTRICT JUDGE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: October __, 2012          VON TILL & ASSOCIATES

By_____
                    STEPHEN F. VON TILL

Attorney for Plaintiff
GARY V. REYNOLDS

Dated: October 17, 2012          SNR DENTON US LLP

By_____/s/ MICHAEL BARNES_____
                    MICHAEL BARNES

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: _____          _____

The Honorable Susan Ilston
UNITED STATES DISTRICT JUDGE